UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES-GENERAL

Case No.  CV 11-8391-PLA                                             Date  February 27, 2012

Title: Tagui Kodjanian v. P.N. Financial, Inc., et al.

---

PRESENT:  THE HONORABLE     PAUL L. ABRAMS

☐ U.S. DISTRICT JUDGE
☒ MAGISTRATE JUDGE

| Christianna Howard | N/A | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

**ATTORNEYS PRESENT FOR PLAINTIFFS:**
NONE

**ATTORNEYS PRESENT FOR DEFENDANTS:**
NONE

**PROCEEDINGS:**   (ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION)

Plaintiff(s) is ordered to show cause in writing no later than **March 12, 2012**, why this action should not be dismissed for lack of prosecution.

The Court will consider the filing of the following as an appropriate response to this OSC, on or before the above date:

- Proof of service of summons and complaint.

- Answer by the defendant(s), or plaintiff's request for entry of default.

In accordance with Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7-15, no oral argument of this matter will be heard unless ordered by the Court.  The Order will stand submitted upon the filing of the response to the Order to Show Cause.  Failure to respond to the Court's Order may result in the dismissal of the action.

**IT IS SO ORDERED**.


cc:     Counsel of Record


Initials of Deputy Clerk_____ch_____

CV-90 (10/98)                                           CIVIL  MINUTES  -  GENERAL